ROBERT R. GILMAN (*Pro Hac Vice*)
Email: rgilman@hayesmessina.com
Telephone: 617-345-6904
CHRISTOPHER E. MILLIKIN (*Pro Hac Vice*)
Email: cmillikin@hayesmessina.com
Telephone: 617-345-6910
JONATHAN R. DEBLOIS (*Pro Hac Vice*)
HAYES MESSINA GILMAN & HAYES, LLC
Email: jdeblois@hayesmessina.com
Telephone: 617-345-6918
200 State Street, 6th Floor
Boston, Massachusetts 02109
Facsimile: 617-443-1999

MATTHEW C. LAPPLE (SBN 193546)
Email: matt@lappleiplaw.com
LAPPLE IP LAW, P.C.
18101 Von Karman Avenue, 3rd Floor
Irvine, California 92612
Telephone: 949-756-4889
Facsimile: 949-242-9789

Attorneys for Plaintiff
BLACK HILLS MEDIA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BLACK HILLS MEDIA LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOGITECH, INC.,<br><br>　　　　　Defendant. | Case No. 13-CV-6055-SJO (PJWx)<br><br>The Honorable S. James Otero<br><br>The Honorable Patrick J. Walsh<br><br>**JOINT STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE** |

Plaintiff Black Hills Media LLC and Defendant Logitech, Inc. hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c) to dismissal with prejudice all claims and counterclaims in this Action, with each party to pay its own costs and attorney's fees.

Dated:  November 6, 2013      BLACK HILLS MEDIA, LLC

By: *Robert R. Gilman*
    Robert R. Gilman, LLP
    Hayes Messina Gilman & Hayes, LLC
    *Counsel for Plaintiff Black Hills Media, LLC*

Dated:  November 6, 2013      LOGITECH, INC.

By: *I. Neel Chatterjee*
    I. Neel Chatterjee
    Orrick, Herrington & Sutcliffe LLP
    *Counsel for Defendant Logitech, Inc.*