UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| BLACK HILLS MEDIA LLC, | ) | Case No. 13-CV-6055-SJO (PJWx) |
| | ) | |
| | ) | The Honorable S. James Otero |
| Plaintiff, | ) | |
| | ) | The Honorable Patrick J. Walsh |
| v. | ) | |
| | ) | **ORDER OF**. |
| LOGITECH, INC | ) | **DISMISSAL OF CLAIMS** |
| | ) | **WITH PREJUDICE** |
| Defendant. | ) | |
| | ) | |

1  Plaintiff Black Hills Media LLC and Defendant Logitech, Inc., having filed a
2  joint stipulation of dismissal to dismiss all claims and counterclaims with prejudice and
3  the Court having considered such joint stipulation of dismissal hereby orders all claims
4  and counterclaims dismissed with prejudice, with each party to pay its own costs and
5  attorney's fees.

**IT IS SO ORDERED:**

Dated: November 13, 2013

*S. James Otero*

S. James Otero
United States District Judge